| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Baylson, Michael M | 2. Court or Organization<br><br>U.S.D.C. Eastern Dist. Of Pa. | 3. Date of Report<br><br>05/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>3810 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Conservation Center for Art and Historic Artifacts |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | Duane Morris LLP; $80,000 per year for five years, commencing in 2003. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Philadelphia Fertility Institute |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Association | Travel expenses to New York City for dinner in honor of federal judiciary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Ameritrade | margin loan | K |
| 2. Wachovia Securities | margin loan | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Avaya | | None | J | T | | | | | |
| 2. Bellsouth Corp. | A | Dividend | K | T | | | | | |
| 3. Exxon Mobil Corp. | B | Dividend | L | T | | | | | |
| 4. Motorola Inc. | A | Dividend | J | T | | | | | |
| 5. Qwest Communications Intn. Inc. | | None | J | T | | | | | |
| 6. SBC Communications Inc. | B | Dividend | Ł | T | | | | | |
| 7. Verizon Communications | C | Dividend | M | T | | | | | |
| 8. Viacom Inc. Class B | | None | J | T | | | | | |
| 9. Israel State 15 Yr Dollar Current Income Bond 7th | A | Interest | J | T | sell partial | 1/31 | J | A | |
| 10. Command Money Fund | A | Interest | J | T | | | | | |
| 11. AT&T Corp. | A | Dividend | J | T | | | | | |
| 12. Bank of America | C | Dividend | L | T | | | | | |
| 13. BP Plc Sponsored ADR | C | Dividend | L | T | | | | | |
| 14. Certegy Inc. | A | Dividend | K | T | | | | | |
| 15. Choicepoint Inc. | | None | K | T | | | | | |
| 16. Comcast Corp. Class A | | None | K | T | | | | | |
| 17. Comcast Corp. Class A Special | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Compaq Computer Corp. | A | Dividend | | | sold | 9/1 | J | A | |
| 19. Conoco Inc. Class B | A | Dividend | K | T | | | | | |
| 20. Delphi Automotive Systems Corp. | A | Dividend | J | T | | | | | |
| 21. DuPont E.I. DeNemours & Co. | A | Dividend | J | T | | | | | |
| 22. Eastman Chemical Co. | A | Dividend | J | T | | | | | |
| 23. Eastman Kodak Co. | A | Dividend | J | T | | | | | |
| 24. Electronic Data Systems Corp. | | None | | | merger | 1/1 | J | | |
| 25. Equifax Inc. | A | Dividend | K | T | | | | | |
| 26. Exelon Corp. | C | Dividend | L | T | | | | | |
| 27. E4L Inc. | | None | J | T | | | | | |
| 28. Fleetboston Financial Corp. | B | Dividend | | | merger | 1/1 | K | | |
| 29. Freescale Conductor | | None | J | T | | | | | |
| 30. General Electric Co. | C | Dividend | M | T | | | | | |
| 31. General Motors Corp. | A | Dividend | J | T | | | | | |
| 32. Goodyear Tire | | None | J | T | | | | | |
| 33. General Motors Corp. Class H New | | None | J | T | | | | | |
| 34. Hudson United Bancorp. | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Inkine Pharmaceutical Co., Inc. | | None | | | merger | 12/1 | L | D | |
| 36. International Business Machines | A | Dividend | L | T | | | | | |
| 37. J.P. Morgan Chase & Co. Common New | B | Dividend | K | T | | | | | |
| 38. Keycorp. New | A | Dividend | J | T | | | | | |
| 39. Lucent Technologies Inc. | A | None | J | T | | | | | |
| 40. MHM Services Inc. | | None | J | T | | | | | |
| 41. Motorola Inc. | A | Dividend | J | T | | | | | |
| 42. NCR Corp. | | None | J | T | | | | | |
| 43. News Corporation Limited ADR New | | None | J | T | | | | | |
| 44. PNC Financial Services Corp. | C | Dividend | M | T | | | | | |
| 45. Prologis Trust SBI | B | Dividend | K | T | | | | | |
| 46. Tele Norte Leste Participacoes ADR | | None | J | T | | | | | |
| 47. Telecommunicacoes De Sao Paulo Sponsored ADR | A | Dividend | J | T | | | | | |
| 48. Telefonica De Espana SA Sponsored ADR | | None | J | T | | | | | |
| 49. TPI Enterprise, Inc. | | None | J | T | | | | | |
| 50. Wachovia Corp. 2nd | C | Dividend | K | T | | | | | |
| 51. Walmart De Mexico SA Sponsored ADR | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Western Digital Corp. Del | | None | J | T | | | | | |
| 53. Telecommunicacoes Brasileiras SA Telebras Pr. | | None | J | T | | | | | |
| 54. Telecommunicacoes Brasileiras SA Spon ADR | | None | K | T | | | | | |
| 55. Telefonica Data Brasil Holdings Spon ADR | | None | J | T | | | | | |
| 56. Franklin Mutual Ser Fund Inc. | | None | K | T | | | | | |
| 57. Munder Funds Inc. Netnet Fund Class C | | None | J | T | | | | | |
| 58. CMF Money Market Portfolio | | None | J | T | | | | | |
| 59. Bestnet Communications Inc. | | None | J | T | | | | | |
| 60. Comcast Corp. Class A | | None | J | T | | | | | |
| 61. Comcast Corp. Class A Special | | None | J | T | | | | | |
| 62. Hudson United Bancorp. | A | Dividend | K | T | | | | | |
| 63. Menlo Acquisitions Corp. | A | Dividend | K | T | | | | | |
| 64. PNC Financial Services Group Inc. | A | Dividend | J | T | | | | | |
| 65. Bay View Capital Corp. | | None | J | T | | | | | |
| 66. Bestnet Communications Corp. | | None | J | T | | | | | |
| 67. Cisco Systems Inc. | | None | J | T | | | | | |
| 68. CBRX | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Covad Communications Group | | None | J | T | | | | | |
| 70. Salix | | None | L | T | merger | 12/1 | L | D | |
| 71. Intel Corp. | | None | K | T | | | | | |
| 72. Lucent Technologies, Inc. | A | Dividend | J | T | | | | | |
| 73. Nokia Corp. ADR | | None | K | T | | | | | |
| 74. Oracle Corp. | | None | J | T | | | | | |
| 75. Qualcomm Communications | | None | K | T | | | | | |
| 76. Qwest Communications International Inc. | | None | J | T | | | | | |
| 77. Rite Aid Corp. | | None | K | T | | | | | |
| 78. Safeguard Scientifics Inc. | | None | J | T | | | | | |
| 79. Sun Microsystems Inc. | | None | J | T | | | | | |
| 80. Worldcom Inc. | | None | J | T | | | | | |
| 81. Government of Israel | A | Interest | J | T | | | | | |
| 82. Advanced Reproductive Care | | None | J | W | | | | | |
| 83. Baumrin et al Partnership | | None | K | W | sell partial | 3/15 | L | F | |
| 84. BC Partnership | G | Rent | O | W | | | | | |
| 85. Vanguard Star Fund | C | Dividend | M | T | Buy | 4/15 | J | NA | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA #1 - Duane Morris Schwab Vanguard Growth Equity | | Dividend | | | | | | | |
| 87. -- Duane Morris Schwab Institutional Large Cap Value | | Dividend | | | buy | 3/21 | L | | |
| 88. -- Duane Morris Schwab Sound Shore | | Dividend | | | buy | 3/21 | M | | |
| 89. -- Duane Morris Schwab StoneRidge Small Cap | | Dividend | | | sell | 3/21 | M | | |
| 90. -- Duane Morris Schwab First Eagle SoGen Bond Service | | Dividend | | | | | | | |
| 91. -- Duane Morris Royce Fund | | Dividend | | | buy | 3/21 | L | | |
| 92. -- Duane Morris Schwab Blackrock Core Bond Service | | Dividend | | | | | | | |
| 93. -- Duane Morris Schwab Marvin & Palmer Global Portfolio | | Dividend | | | | | | | |
| 94. Total IRA #1 | | Dividend | P1 | T | | | | | |
| 95. Philadelphia Fertility Institute | G | salary | N | U | | | | | |
| 96. Pennsylvania Reproductive Assoc. | | None | M | U | | | | | |
| 97. Clinton Endocrine Assoc. | | None | L | U | | | | | |
| 98. Fertility Testing Lab | | None | J | U | | | | | |
| 99. IRA #2 - MSDW Equity | | None | | | | | | | |
| 100. -- MSDW Small Cap Value | | Dividend | | | | | | | |
| 101. -- MSDW Mid Cap Growth | | Dividend | | | sell | 1/1 | K | | |
| 102. -- MSDW Int. Eq | | Dividend | | | buy | 1/1 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- MSDW Cash Reserve | | Dividend | | | | | | | |
| 104. -- MSDW Real Estate | | Dividend | | | buy | 1/1 | L | | |
| 105. -- MSDW Ltd Duraton | | Dividend | | | buy | 1/1 | L | | |
| 106. -- MSDW Mid Cap Value | | Dividend | | | sell | 1/1 | K | | |
| 107. Total IRA #2 | | | O | T | | | | | |
| 108. Vanguard Prime Money Market Fund | A | Interest | J | T | sell | 9/1 | J | A | |
| 109. Vanguard Prime Money Market Fund | A | Interest | J | T | sell | 9/1 | J | A | |
| 110. Vanguard High Yield Corp. Fund | A | Interest | J | T | sell | 9/1 | J | A | |
| 111. Brandywine Mutual Fund | D | Dividend | P1 | T | | | | | |
| 112. MSDW UGMA Equity | B | Dividend | K | T | | | | | |
| 113. MSDW UGMA Small Cap | B | Dividend | L | T | | | | | |
| 114. MSDW UGMA Mid Cap Growth | B | Dividend | L | T | | | | | |
| 115. IRA #3 - Great Western Account | | Dividend | N | T | | | | | |
| 116. Honeywell | A | Dividend | J | T | | | | | |
| 117. Washington Mutual | | None | J | T | | | | | |
| 118. Greenspan-Baylson Partnership | E | Dividend | L | U | Buy | vary | K | | |
| 119. Agere System Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Nortel | | None | J | T | | | | | |
| 121. Taro | | None | J | T | Buy | 9/1 | J | | |
| 122. Teva | | None | K | T | | | | | |
| 123. BB Partnership | | None | K | W | | | | | |
| 124. Zabecor | | None | K | W | | | | | |
| 125. Planet Data Acq. | | None | K | W | | | | | |
| 126. MSDW Fixed Income | D | Dividend | M | T | | | | | |
| 127. Gabelli Asset Fund | | None | M | T | | | | | |
| 128. Planet Data Acq. Note Receivable | | None | K | U | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I wish to amend my prior reports:

1. The following stocks were acquired as a result of mergers in prior years but were not reported due to oversight:

    a. Bank of America
    b. Freescale Conductor
    c. Goodyear Tire
    d. NCR Corp.

2. The following individual funds in the Morgan Stanley Dean Witter ("MSDW") IRA Group #2 were acquired in prior years but were not listed due to oversight:

    a. International Equity
    b. Real Estate
    c. Limited Duration

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____ 5/12/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544